John W. Villines (CA SBN 193672)
JV LAW
726 14th Street, Suite E
Modesto, CA  95354
*Mailing Address*:
P.O. Box 580049
Modesto, CA  95358-0002
Tel:  (209) 524-9903
Fax: (209) 524-6655
E-Mail:  john@jvlaw.net

Attorneys for Plaintiffs
ELSA L. GALICIA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| ELSA L. GALICIA, an individual | Case No.:  1:09-cv-01313-OWW-GSA |
| Plaintiff, | **ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| WASHINGTON MUTUAL BANK, FA, a Washington Corporation; CALIFORNIA RECONVEYANCE COMPANY, a California Corporation, and DOES 1 – 10; | [Fed. R. Civ. Proc. 41(a)] |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff ELSA L. GALICIA has filed and served on all parties a Notice of Voluntary Dismissal Without Prejudice.

/ / /

/ / /

1  IT IS ORDERED that the above-captioned action, *Galicia v. Washington Mutual Bank, FA, & California Reconveyance Company,* Case Number 1:09-cv-01313-OWW-GSA, be, and hereby is, dismissed without prejudice.

IT IS SO ORDERED.

Dated:  **March 30, 2010**  　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)**